# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129975 & (24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RONALD ROGALSKI,
     Defendant-Appellant.

SC: 129975
COA: 264011
Washtenaw CC: 96-007088-FH

_____/

On order of the Court, the application for leave to appeal the September 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to amend is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

d0424

*Corbin R. Davis*
Clerk